

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 DEC 20  PM 12: 37

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID J. SANTINI<br>AND<br>LINDBERG SANTINI, JR. | * * * * | ACTION IN ADMIRALTY<br>PURSUANT TO RULE 9(h) |
| VERSUS | * * | NO. 11-3114 |
| EXXONMOBIL PIPELINE COMPANY | * * * * * * | SECTION  SECT. F   MAG. 2<br>MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPLAINT

The complaint of David Santini and Lindberg Santini, Jr., with respect, represents:

### I.

### JURISDICTION

Complainants show that this action is an admiralty or maritime action within the meaning of Federal Rule 9(h), and asserted pursuant to the general maritime law and specific laws and regulations of the United States of America, relating to maritime traffic on the navigable waters located in the United States of America, and that full diversity of citizenship exists between all plaintiffs and the defendant.

Fee $350.00
✓ Process
X Dktd
___ CtRmDap
___ Doc. No.

II.

FIRST CAUSE OF ACTION

Complainants aver that on or about December 20, 2008, at approximately 4:00 a.m, well before daylight, complainant David J. Santini was operating a fishing vessel owned by complainant, Lindberg Santini, Jr., in navigable waters of the United States of America, located within the State of Louisiana, in Bayou Perot, when he collided with an unlighted, unmarked sign and support which had been erected in the waterway by defendant, ExxonMobil Pipeline Company, (formerely known as Exxon Pipeline Company), at approximate coordinates 29 deg. 36.677 min N. 90 deg. 10.409 min W.,in total disregard for the safety of maritime traffic, thereby causing the Santini vessel to strike the sign and support, and cause severe and painful disabling injuries to David J. Santini, who was thrown into the water. As a direct result of defendant's negligence in erecting and improperly maintaining the said sign, complainant David J. Santini suffered not only pain and disability, but also loss of income and employability.

III.

SECOND CAUSE OF ACTION

Complainant, Lindberg Santini, Jr., re-avers and adopts each and every allegation of the First Cause of Action asserted herein, and further avers that his fishing vessel was severely damaged, resulting in costs of repairs thereof, as well as loss of use and income of the vessel.

WHEREFORE complainants pray that this matter be tried by the Court in Admiralty, and that after due proceedings had, there be judgment in favor of plaintiffs David J. Santini, and Lindberg Santini, Jr., in such sums as may be reasonable under the circumstances

Respectfully submitted,

Perrin C. Butler Bar No. 3730
Louis M. Butler Bar No. 22981
Attorneys for Plaintiffs
20 Doescher Drive
Harahan, Louisiana 70123
Tel: (504) 259-2459
Fax: (504) 737-2524

Agent for Service of Process:

EXXONMOBIL PIPELINE COMPANY
through:

CORPORATION SERVICECOMPANY
320 Somerulos St.
Baton Rouge, Louisiana 70802-6129