UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID J. SANTINI, AND | * | |
| LINDBERG SANTINI, JR. | * | CASE NO.: 2:11-cv-3114 |
| | * | |
| | * | SECTION: "F" |
| Plaintiffs | * | |
| | * | JUDGE: |
| VS. | * | MARTIN L.C. FELDMAN |
| | * | |
| EXXONMOBIL PIPELINE | * | MAGISTRATE: |
| COMPANY | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| Defendant | * | |
| | * | |

## ORDER

NOW BEFORE THE COURT is the Joint Motion for Voluntary Dismissal, With Prejudice, of Plaintiffs' Claims Against ExxonMobil Pipeline Company. Upon consideration of same:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the Joint Motion for Voluntary Dismissal, With Prejudice, of Plaintiffs' Claims Against ExxonMobil Pipeline Company is hereby **GRANTED**, and that Plaintiffs' claims against ExxonMobil Pipeline Company in the above-captioned action are hereby dismissed, with prejudice.

This the  9th  day of       April      , 2013.

_____
THE HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT COURT JUDGE

3